# IN THE SUPREME COURT OF THE STATE OF NEVADA

FAIRBROOK COMMUNITY
ASSOCIATION, A NEVADA NON-
PROFIT CORPORATION,
          Appellant,

vs.

PARDEE HOMES OF NEVADA, A
NEVADA CORPORATION,
          Respondent.

FAIRBROOK COMMUNITY
ASSOCIATION, A NEVADA NON-
PROFIT CORPORATION,
          Appellant,

vs.

PARDEE HOMES OF NEVADA, A
NEVADA CORPORATION,
          Respondent.

No. 73219

**FILED**

JUL 03 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

No. 74348

## ORDER DISMISSING APPEALS

Cause appearing, appellant's motion for a voluntary dismissal of these appeals is granted. These appeals are dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. James Crockett, District Judge
      Larry J. Cohen, Settlement Judge
      Leach Johnson Song & Gruchow
      McDonald Carano LLP/Las Vegas
      Eighth District Court Clerk